| | |
|---|---|
| 1 | **SUBT**<br>GARRETT T. OGATA, ESQ. |
| 2 | Nevada State Bar No. 7469<br>LAW OFFICES OF GARRETT T. OGATA |
| 3 | 3841 W. Charleston Blvd., Suite 205<br>Las Vegas, Nevada 89102 |
| 4 | (702) 366-0891<br>Attorney for Defendant |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | CASE NO. ~~2:11-mj-747-CWH~~ |
|---|---|---|
| PLAINTIFF, | ) | 2:11-cr-414-PMP-RJJ |
| vs. | ) | |
| JAVIER PICHARDO-LOPEZ, | ) | |
| DEFENDANT. | ) | |

### SUBSTITUTION OF ATTORNEYS

**GARRETT T. OGATA, ESQ.**, is hereby substituted as attorney for the Defendant, **JAVIER PICHARDO-LOPEZ,** in the above-entitled action, in place and instead of **MACE J. YAMPOLSKY, ESQ.**

DATED this 9TH day of December, 2011.

_____
MACE J. YAMPOLSKY
Nevada State Bar No. 1945
625 South Sixth Street
Las Vegas, NV 89101

I hereby consent to the above and foregoing substitution.

DATED this 9TH day of December, 2011.

_____
JAVIER PICHARDO-LOPEZ
Defendant

1

I hereby accept the above and foregoing substitution as attorney for the Defendant, **JAVIER PICHARDO-LOPEZ.**

DATED this 6th day of December, 2011.

                                       LAW OFFICES OF GARRETT T. OGATA

By: _____
      **GARRETT T. OGATA, ESQ.**
      Nevada Bar No. 7469
      3841 W. Charleston Blvd., Suite 205
      Las Vegas, Nevada 89102
      Attorney for Defendant

```
IT IS SO ORDERED.
          _____
          UNITED STATES MAGISTRATE JUDGE
          DATE: DEC. 15, 2011
```