**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-414-PMP-(RJJ) |
| ) | |
| JUAN CARDENAS, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT JUAN CARDENAS**

On February 3, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant JUAN CARDENAS to the United States of America. Preliminary Order of Forfeiture, ECF No. 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section

. . .

. . .

2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 58) is final as to defendant JUAN CARDENAS.

DATED this __ 8th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing on August 8, 2012, by the below identified method of service:

<u>CM/ECF</u>:

Frank H Cofer , III
Cofer & Geller, LLP
601 S. 10th St
Las Vegas, NV 89101
Email: fcofer@gmail.com
Counsel for Defendant Juan Cardenas

Benjamin C Durham
601 S. 10th St.
Las Vegas, NV 89101
Email: bdurham@benjamindurham.com
Counsel for Defendant Jose Cardenas

Mace J Yampolsky
Mace Yampolsky, LTD
625 S. Sixth St.
Las Vegas, NV 89101
Email: Mace@macelaw.com
Counsel for Defendant Javier Pichardo-Lopez

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal